| IP | hash | Country | Region | Date | Time | TimeZone | Relatedtitle | ISP | City |
|---|---|---|---|---|---|---|---|---|---|
| 174.22.179.228 | D5CB1C922F5E47E52D2765623D5940A3ACC633B0 | US | Colorado | 4/1/2012 | 10:00:30 | UTC | Horny Black Babysitters #3 | Qwest Communications | Colorado Springs |
| 174.29.207.33 | D5CB1C922F5E47E52D2765623D5940A3ACC633B0 | US | Colorado | 4/6/2012 | 6:28:59 | UTC | Horny Black Babysitters #3 | Qwest Communications | Denver |
| 107.2.249.236 | D5CB1C922F5E47E52D2765623D5940A3ACC633B0 | US | Colorado | 4/10/2012 | 11:25:51 | UTC | Horny Black Babysitters #3 | Comcast Cable | Denver |
| 24.8.233.8 | D5CB1C922F5E47E52D2765623D5940A3ACC633B0 | US | Colorado | 4/17/2012 | 4:35:58 | UTC | Horny Black Babysitters #3 | Comcast Cable | Denver |
| 65.128.3.209 | D5CB1C922F5E47E52D2765623D5940A3ACC633B0 | US | Colorado | 4/19/2012 | 4:03:23 | UTC | Horny Black Babysitters #3 | Qwest Communications | Denver |
| 75.173.251.236 | D5CB1C922F5E47E52D2765623D5940A3ACC633B0 | US | Colorado | 5/7/2012 | 12:26:49 | UTC | Horny Black Babysitters #3 | Qwest Communications | Colorado Springs |

