## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 12-cv-02439-REB-MJW

COMBAT ZONE CORP.,

    Plaintiff,

v.

MARK JONES,
WILL GOLSON,
FLOR RAMIREZ,
JESSICA GALVEZ,
NZEYIMANA TITE, and
ALVIN MATHIAS,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT NZEYIMANA TITE, ONLY

**Blackburn, J.**

The matter is before me on plaintiff's **Notice of Voluntary Dismissal With Prejudice of Defendant Nzeyimana Tite** [#34][1] filed February 1, 2013. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendant Nzeyimana Tite should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Notice of Voluntary Dismissal With Prejudice of Defendant Nzeyimana Tite** [#34] filed February 1, 2013, is **APPROVED**;

2. That plaintiff's claims against defendant Nzeyimana Tite are **DISMISSED**

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That defendant Nzeyimana Tite is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated February 1, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge