IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-2439-REB-MJW
JURY TRIAL REQUESTED

COMBAT ZONE CORP.

*Plaintiff*,

v.

MARK JONES,
WILL GOLSON,
FLOR RAMIREZ,
JESSICA GALVEZ,
NZEYIMANA TITE, AND
ALVIN MATHIAS

*Defendants*.

_____

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF DEFENDANTS WILL GOLSON AND NZEYIMANA TITE**
_____

COMES NOW, Plaintiff, COMBAT ZONE CORP., (hereinafter "Plaintiff"), and hereby voluntarily dismisses **DEFENDANTS WILL GOLSON AND NZEYIMANA TITE** with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).  Defendants Golson and Tite have not served an answer or served a motion for summary judgment in this matter. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.  A receiver has not been appointed in this case.  This case is also not governed by any federal statute that requires a court order for dismissal of the case.

The Voluntary Dismissal with Prejudice is specifically and only with respect to Defendants Golson and Tite.  Plaintiff has not released, and nothing in this Voluntary

Dismissal shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other defendant named in this action or any other alleged infringer of this cause of action. All such rights have been, and are, expressly reserved. Each party is to bear its own fees and expenses.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court take notice of its Dismissal With Prejudice of its claims against **DEFENDANTS WILL GOLSON AND NZEYIMANA TITE.**

Dated: February 13, 2013                    Respectfully submitted,

**CHALKER FLORES, LLP**

By: */s/ Thomas G. Jacks*
    Thomas G. Jacks
    Colorado Bar No. 39904
    Scott A. Meyer
    Texas Bar No. 24013162
    14951 N. Dallas Parkway, Suite 400
    Dallas, Texas 75254
    (214) 866-0001
    (214) 866-0010 (Fax)
    tjacks@chalkerflores.com
    smeyer@chalkerflores.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of February, 2013, a true and correct copy of the foregoing document was served on all pro se parties and counsel of record in accordance with the Federal Rules of Civil Procedure and this Court's ECF system.

*/s/ Thomas G. Jacks*
Thomas G. Jacks