**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02439-REB-MJW

COMBAT ZONE CORP.,

     Plaintiff,

v.

MARK JONES,
WILL GOLSON,
FLOR RAMIREZ,
JESSICA GALVEZ, and
ALVIN MATHIAS,

     Defendants.

---

**ORDER OF DISMISSAL AS TO DEFENDANTS WILL GOLSON**

**Blackburn, J.**

The matter is before me on plaintiff's **Notice of Voluntary Dismissal With Prejudice of Defendants Will Golson and Nzeyimana Tite** [#37][1] filed February 13, 2013.  After reviewing the notice and the file, I conclude that the notice should be approved in part and denied in part as moot[2] and that plaintiff's claims against defendant Will Golson should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That plaintiff's **Notice of Voluntary Dismissal With Prejudice of**

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] Defendant Nzeyimana Tite was dismissed and dropped from this action by the **Order of Dismissal as To Defendant Nzeyimana Tite, Only** [#36] entered February 1, 2013.

**Defendants Will Golson and Nzeyimana Tite** [#37] filed February 13, 2013, is **APPROVED** in part and **DENIED** in part as moot;

    2.  That plaintiff's claims against defendant Will Golson are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs;

    3.  That defendant Will Golson is **DROPPED** as a named party to this action, and the case caption is amended accordingly; and

    4.  That the motion to dismiss as to defendant Nzeyimana Tite is **DENIED** as moot.

    Dated February 13, 2013, at Denver, Colorado.

                                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge