**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02439-REB-MJW

COMBAT ZONE CORP.,

    Plaintiff,

v.

MARK JONES,
FLOR RAMIREZ,
JESSICA GALVEZ, and
ALVIN MATHIAS,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT FLOR RAMIREZ

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal of Flor Ramirez With Prejudice** [#39][1] February 25, 2013.  After reviewing the notice and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant Flor Ramirez should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal of Flor Ramirez With Prejudice** [#39] filed February 25, 2013, is **APPROVED**;

2. That plaintiff's claims against defendant Flor Ramirez are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs;

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and

      3.  That defendant Flor Ramirez is **DROPPED** as a named party to this action,

and the case caption is amended accordingly.

      Dated February 26, 2013, at Denver, Colorado.

                              **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge