**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02439-REB-MJW

COMBAT ZONE CORP.,

    Plaintiff,

v.

MARK JONES,
JESSICA GALVEZ, and
ALVIN MATHIAS,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Notice of Voluntary Dismissal of Case** [#40][1] filed February 25, 2013.  After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Voluntary Dismissal of Case** [#40] filed February 25, 2013, is **APPROVED**; and

    2.  That this action is **DISMISSED WITHOUT PREJUDICE**.

    Dated February 26, 2013, at Denver, Colorado.

                                         **BY THE COURT:**

                                         */s/ Robert E. Blackburn*
                                         Robert E. Blackburn
                                         United States District Judge

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.